Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

McLellan, et. al.

Plaintiff(s),

v.

Fitbit, Inc.

Defendant(s).

Case No: 3:16-cv-00036

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert H. Klonoff, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Kate McLellan, et al. in the above-entitled action. My local co-counsel in this case is Elizabeth J. Cabraser, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Robert H. Klonoff, LLC<br>2425 SW 76th Ave., Portland, OR 97225 | Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(503) 291-1570 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 956-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>rklonoff@usa.net | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ecabraser@lchb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: OR 131193.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/27/16

Robert H. Klonoff
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert H. Klonoff is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                        October 2012



Oregon State Bar

# Certificate

State of Oregon      )
                     ) ss.
County of Washington )

I, Nik T. Chourey, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**ROBERT HOWARD KLONOFF**

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on May 16, 2013.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Klonoff is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 8th day of February, 2016.

Nik T. Chourey
Assistant Disciplinary Counsel
Oregon State Bar