| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
|   | WStern@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 3 | San Francisco, California  94105 |
|   | Telephone: 415.268.7000 |
| 4 | |
|   | JAMES W. HUSTON (CA SBN 115596) |
| 5 | JHuston@mofo.com |
|   | ERIN M. BOSMAN (CA SBN 204987) |
| 6 | EBosman@mofo.com |
|   | JULIE Y. PARK (CA SBN 259929) |
| 7 | JuliePark@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 8 | 12531 High Bluff Drive |
|   | San Diego, California  92130-2040 |
| 9 | Telephone: 858.720.5100 |
|   | Facsimile:  858.720.5125 |
| 10 | |
| 11 | Attorneys for Defendant |
|    | FITBIT, INC. |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, individually and on behalf of all others similarly situated, | Case No. 3:16-cv-00777 |
| Plaintiffs, | **NOTICE OF APPEARANCE FOR DEFENDANT FITBIT, INC.** |
| v. | |
| FITBIT, INC., | Date Action Filed:   February 16, 2016 |
| Defendant. | |

NOTICE OF APPEARANCE FOR DEFENDANT FITBIT, INC.
Case No. 3:16-cv-00777
sd-677022

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of William L. Stern, James W. Huston, Erin M. Bosman, and Julie Y. Park of Morrison & Foerster, as counsel of record for and on behalf of Defendant Fitbit, Inc. in the above-referenced action. Copies of all briefs, motions, orders, correspondence and other papers should be electronically served on the undersigned at wstern@mofo.com, jhuston@mofo.com, ebosman@mofo.com, and juliepark@mofo.com.

Dated: March 15, 2016       MORRISON & FOERSTER LLP

By: /s/Erin M. Bosman
   Erin M. Bosman

   Attorneys for Defendant
   FITBIT, INC.

NOTICE OF APPEARANCE FOR DEFENDANT FITBIT, INC.
Case No. 3:16-cv-00777
sd-677022

1