WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
KAI BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE MCLELLAN, TERESA BLACK, DAVID URBAN, ROB DUNN, RACHEL SAITO, TODD RUBINSTEIN, RHONDA CALLAN, JAMES SCHORR, and BRUCE MORGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FITBIT, INC.,<br><br>    Defendant. | Case No. 16-cv-00036-JD<br><br>**DEFENDANT FITBIT, INC.'S RESPONSE TO ORDER RE: ORAL ARGUMENT ON THE *BRENNAN V. OPUS BANK* ISSUE [DKT. NO. 65]**<br><br>Date:  To be decided<br>Time:  To be decided<br>Ctrm:  11, 19th Floor<br><br>The Honorable James Donato |
| JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FITBIT, INC.,<br><br>    Defendant. | Case No. 16-cv-00777-JD |

1  Defendant Fitbit, Inc. ("Fitbit") provides the following response to the Court's September 9, 2016 Order regarding oral argument on the "*Brennan v. Opus Bank* issue" (Dkt. No. 65):

As set forth in Fitbit's briefing, Fitbit believes that the parties' agreement to delegate issues of arbitrability to the arbitrator, and the application of *Brennan*, is clear and straightforward.  Fitbit respectfully submits that oral argument is unnecessary.

Should the Court disagree, Fitbit asks that one of the two associates most knowledgeable about this matter—Julie Y. Park or Kai S. Bartolomeo—be permitted to present oral argument. Ms. Park and Mr. Bartolomeo are eighth-year associates, but they are most familiar with the issues and were involved in the briefing.  Unfortunately, there are no associates of the appropriate vintage who are sufficiently familiar with the issues.

Fitbit discussed this response with Plaintiffs' counsel and understands they have no objection to Ms. Park or Mr. Bartolomeo presenting oral argument.

Dated: September 15, 2016                MORRISON & FOERSTER LLP


                                         By: /s/Erin M. Bosman
                                             Erin M. Bosman

                                         Attorneys for Defendant
                                         FITBIT, INC.

DEFT. FITBIT'S RESPONSE TO ORDER
Case No. 16-cv-00036-JD
sd-687092

1