1  Elizabeth J. Cabraser (CA SBN 083151)
   ecabraser@lchb.com
2  Kelly M. Dermody (CA SBN 171716)
   kdermody@lchb.com
3  Kevin R. Budner (CA SBN 287271)
   kbudner@lchb.com
4  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
7
   Jonathan D. Selbin (CA SBN 170222)
8  jselbin@lchb.com
   LIEFF CABRASER HEIMANN &
9  BERNSTEIN, LLP
   250 Hudson Street, 8th Floor
10 New York, NY  10013
   Telephone:  (212) 355-9500
11 Facsimile:   (212) 355-9592

12 Robert Klonoff (*pro hac vice*)
   klonoff@usa.net
13 ROBERT H. KLONOFF, LLC
   2425 SW 76th Ave.
14 Portland, OR 97225
   Telephone:  (503) 291-1570
15
   Rosemary M. Rivas (CA SBN 209147)
   rrivas@zlk.com
   Adam C. McCall (CA SBN 302130)
   amccall@zlk.com
   LEVI & KORSINSKY LLP
   445 South Figueroa Street, 31st Floor
   Los Angeles, CA 90071
   Telephone: (213) 985-7290
   Facsimile: (866) 367-6510

   Andrea Clisura (*pro hac vice*)
   aclisura@zlk.com
   Courtney E. Maccarone (*pro hac vice*)
   cmaccarone@zlk.com
   LEVI & KORSINSKY LLP
   30 Broad Street, 24th Floor
   New York, NY 10004
   Telephone: (212) 363-7500
   Facsimile: (212) 363-7171

15 *Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

16              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
17                 SAN FRANCISCO DIVISION

18 KATE MCLELLAN, TERESA BLACK,            Case Nos. 16-cv-00036-JD; 16-cv-00777-JD
   DAVID URBAN, ROB DUNN, RACHEL
19 SAITO, TODD RUBINSTEIN, RHONDA          **PLAINTIFF'S MOTION FOR LEAVE**
   CALLAN, JAMES SCHORR, BRUCE             **TO FILE A SUR-REPLY IN**
20 MORGAN, and AMBER JONES, Individually   **OPPOSITION TO MOTION TO STRIKE**
   and on Behalf of All Others Similarly Situated,   **CLASS ALLEGATIONS**
21
              Plaintiffs,                  Date: May 31, 2018
22 v.                                      Time: 10:00 a.m.
                                           Ctrm: 11, 19th Floor
   FITBIT, INC.,
23
              Defendant.                   The Honorable James Donato
24 JUDITH LANDERS, LISA MARIE BURKE,
   and JOHN MOLENSTRA, Individually and on
25 Behalf of All Others Similarly Situated,
26            Plaintiffs,
   v.
27
   FITBIT, INC.,
28            Defendant.

1    Pursuant to Civil Local Rule 7.3, Plaintiff Dunn hereby seeks leave to file a two-page sur-

2  reply addressing new material facts relevant to Fitbit's Motion to Strike Class Allegations (Dkt.

3  124).[1]  As discussed further in the proposed sur-reply, attached as Exhibit 1 hereto, after the

4  briefing on Fitbit's motion to strike concluded, Fitbit unilaterally terminated a non-opt-out

5  Plaintiff's arbitration in attempt to nullify Plaintiff Dunn's argument that the motion to strike was

6  premature.  This improper conduct exposes the unfairness of Fitbit's tactics and undermines this

7  Court's order that non-opt-out Plaintiffs' arbitrability defenses "must be considered by the AAA

8  arbitrator."  *See* Dkt. 114 at 8.  Plaintiff Dunn respectfully seeks leave to file the attached sur-

9  reply addressing this new development.

10                                Respectfully submitted,

11  Dated:  May 22, 2018              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

12                                By: */s/ Jonathan D. Selbin*
                                        Jonathan D. Selbin
13
                                   Jonathan D. Selbin (CA SBN 170222)
14                                 jselbin@lchb.com
                                   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
15                                 250 Hudson Street, 8th Floor
                                   New York, NY  10013
16                                 Telephone:  (212) 355-9500
                                   Facsimile:   (212) 355-9592
17
                                   Elizabeth J. Cabraser (CA SBN 083151)
18                                 ecabraser@lchb.com
                                   Kelly M. Dermody (CA SBN 171716)
19                                 kdermody@lchb.com
                                   Kevin R. Budner (CA SBN 287271)
20                                 kbudner@lchb.com
                                   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
21                                 275 Battery Street, 29th Floor
                                   San Francisco, CA  94111-3339
22                                 Telephone:  (415) 956-1000
                                   Facsimile:   (415) 956-1008
23

24

25

26
   ────────────────────
   [1] Plaintiff is mindful of the Court's Standing Order for Civil Cases which, referencing Civil Local
27  Rule 7-3(d), provides that "[s]ur-replies are not permitted."  Civil Local Rule 7.3, in turn,
   provides that, with limited exceptions, no supplementary materials may be filed "without prior
28  Court approval."  Plaintiff therefore seeks the Court's approval before filing any sur-reply.

                                                              MOT. FOR LEAVE TO FILE SUR-REPLY
                                      - 1 -              IN OPPOSITION TO MOTION TO STRIKE
   1560804.1                                            CASE NOS. 16-CV-00036-JD, 16-CV-00777-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robert Klonoff (*pro hac vice*)
klonoff@usa.net
ROBERT H. KLONOFF, LLC
2425 SW 76th Ave.
Portland, OR 97225
Telephone:  (503) 291-1570

Adam C. McCall (CA SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Telephone:  (213) 985-7290
Facsimile:   (866) 367-6510

Lori G. Feldman (*pro hac vice*)
lfeldman@zlk.com
Andrea Clisura (*pro hac vice*)
aclisura@zlk.com
Courtney E. Maccarone (*pro hac vice*)
cmaccarone@zlk.com
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone:  (212) 363-7500
Facsimile:   (212) 363-7171

*Attorneys for Plaintiffs, individually and behalf of all others similarly situated*

1560804.1

MOT. FOR LEAVE TO FILE SUR-REPLY
IN OPPOSITION TO MOTION TO STRIKE
CASE NOS. 16-CV-00036-JD, 16-CV-00777-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 22, 2017, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

*/s/ Jonathan D. Selbin*
Jonathan D. Selbin

1560804.1

- 3 -

MOT. FOR LEAVE TO FILE SUR-REPLY
IN OPPOSITION TO MOTION TO STRIKE
CASE NOS. 16-CV-00036-JD, 16-CV-00777-JD