# EXHIBIT B

Elizabeth J. Cabraser (CA SBN 083151)
ecabraser@lchb.com
Kelly M. Dermody (CA SBN 171716)
kdermody@lchb.com
Kevin R. Budner (CA SBN 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Jonathan D. Selbin (CA SBN 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Robert Klonoff (*pro hac vice*)
klonoff@usa.net
ROBERT H. KLONOFF, LLC
2425 SW 76th Ave.
Portland, OR 97225
Telephone:  (503) 291-1570

Rosemary M. Rivas (CA SBN 209147)
rrivas@zlk.com
Adam C. McCall (CA SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

Andrea Clisura (*pro hac vice*)
aclisura@zlk.com
Courtney E. Maccarone (*pro hac vice*)
cmaccarone@zlk.com
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATE MCLELLAN, TERESA BLACK, DAVID URBAN, ROB DUNN, RACHEL SAITO, TODD RUBINSTEIN, RHONDA CALLAN, JAMES SCHORR, BRUCE MORGAN, and AMBER JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>v.<br>FITBIT, INC.,<br>        Defendant. | Case Nos. 16-cv-00036-JD; 16-cv-00777-JD<br><br>**DECLARATION OF KATE MCLELLAN IN SUPPORT OF PLAINTIFFS' STATEMENT ON THE STATUS OF ARBITRATION PROCEEDINGS**<br><br>Date: TBD<br>Time: TBD<br>Ctrm:  11, 19th Floor<br><br>The Honorable James D. Donato |
| JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>v.<br>FITBIT, INC.,<br>        Defendant. | |

1   I, Kate McLellan, declare as follows:

2   1.   I respectfully submit this declaration in support of Plaintiffs' Statement on the
3   Status of Arbitration Proceedings. I have personal knowledge of the facts set forth below, and I
4   am competent to testify about them.

5   2.   I am a plaintiff in the above-captioned action.

6   3.   I have reviewed the Court's October 11, 2017 and January 24, 2018 orders in this
7   case. I understood from those orders that my "challenges to the scope and enforceability of the
8   arbitration clause" would be resolved by an arbitrator.

9   4.   Pursuant to those orders and to the arbitration provision in Fitbit's Terms of
10  Service, I initiated an arbitration proceeding with the American Arbitration Association ("AAA")
11  on April 3, 2018. My intention in initiating the arbitration was to have an arbitrator resolve my
12  challenges to the scope and enforceability of the arbitration clause.

13  5.   Fitbit sent two letters to my counsel on May 3, 2018, through which Fitbit offered
14  to settle my claim. My counsel forwarded me those letters, and we discussed them at length on
15  May 10, 2018.

16  6.   I informed my counsel, first over the phone and later by e-mail, that I did not wish
17  to accept the settlement offer because, among other reasons, I wished to have an arbitrator resolve
18  my challenges to the scope and enforceability of the arbitration clause.

19  7.   My counsel drafted a letter to Fitbit informing the company of my decision. I
20  reviewed and approved that letter before it was sent, and it accurately reflects my position.

21  8.   I understand that Fitbit later informed my counsel and the arbitrator that it
22  regarded the arbitration as "concluded" even though I had rejected the settlement offer.

23  9.   I declare under penalty of perjury under the laws of the United States that the
24  foregoing is true and correct, to the best of my knowledge and belief, and that the foregoing was
25  executed on June 13, 2018, in Murrieta, California.

26                         By: */s/ Kate McLellan*
                               Kate McLellan