# EXHIBIT D

| | |
|---|---|
| Elizabeth J. Cabraser (CA SBN 083151) <br> ecabraser@lchb.com <br> Kelly M. Dermody (CA SBN 171716) <br> kdermody@lchb.com <br> Kevin R. Budner (CA SBN 287271) <br> kbudner@lchb.com <br> LIEFF CABRASER HEIMANN & BERNSTEIN, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA  94111-3339 <br> Telephone:  (415) 956-1000 <br> Facsimile:   (415) 956-1008 <br><br> Jonathan D. Selbin (CA SBN 170222) <br> jselbin@lchb.com <br> LIEFF CABRASER HEIMANN & BERNSTEIN, LLP <br> 250 Hudson Street, 8th Floor <br> New York, NY  10013 <br> Telephone:  (212) 355-9500 <br> Facsimile:   (212) 355-9592 <br><br> Robert Klonoff (*pro hac vice*) <br> klonoff@usa.net <br> ROBERT H. KLONOFF, LLC <br> 2425 SW 76th Ave. <br> Portland, OR 97225 <br> Telephone:  (503) 291-1570 | Rosemary M. Rivas (CA SBN 209147) <br> rrivas@zlk.com <br> Adam C. McCall (CA SBN 302130) <br> amccall@zlk.com <br> LEVI & KORSINSKY LLP <br> 445 South Figueroa Street, 31st Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 985-7290 <br> Facsimile: (866) 367-6510 <br><br> Andrea Clisura (*pro hac vice*) <br> aclisura@zlk.com <br> Courtney E. Maccarone (*pro hac vice*) <br> cmaccarone@zlk.com <br> LEVI & KORSINSKY LLP <br> 30 Broad Street, 24th Floor <br> New York, NY 10004 <br> Telephone: (212) 363-7500 <br> Facsimile: (212) 363-7171 |

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATE MCLELLAN, TERESA BLACK, DAVID URBAN, ROB DUNN, RACHEL SAITO, TODD RUBINSTEIN, RHONDA CALLAN, JAMES SCHORR, BRUCE MORGAN, and AMBER JONES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br> FITBIT, INC., <br> Defendant. <br><br> JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br> FITBIT, INC., <br> Defendant. | Case Nos. 16-cv-00036-JD; 16-cv-00777-JD <br><br> **DECLARATION OF KEVIN R. BUDNER IN SUPPORT OF PLAINTIFFS' STATEMENT ON THE STATUS OF ARBITRATION PROCEEDINGS** <br><br> Date: TBD <br> Time: TBD <br> Ctrm:  11, 19th Floor <br><br> The Honorable James D. Donato |

I, Kevin R. Budner, declare as follows:

1. I am a partner at the law firm Lieff Cabraser Heimann & Bernstein, LLP. I am a member in good standing of the California bar, and I am admitted to practice in this District. I respectfully submit this declaration in support of Plaintiffs' Statement on the Status of Arbitration Proceedings.

2. Following the Court's order regarding Plaintiffs' Motion for Partial Reconsideration (Dkt. 126), Plaintiff Kate McLellan indicated that she wished to pursue arbitration to seek a determination on her challenges to the arbitration clause.

3. On May 14, 2018, I participated on a call that included my partner Jonathan D. Selbin, a paralegal from my office, Max Blaisdell, and Fitbit's counsel, William L. Stern and Kai S. Bartolomeo. I requested in advance that Mr. Blaisdell take contemporaneous and detailed notes of that telephone call. I have reviewed the notes that Mr. Blaisdell circulated later that day (and which are attached to Mr. Blaisdell's declaration without any alteration or amendment).

4. Mr. Blaisdell's notes confirm my independent recollection that on that call (a) Plaintiffs' counsel expressly and clearly communicated to Fitbit's counsel Ms. McLellan's intention to have an arbitrator rule on her challenges to the scope and enforceability of the arbitration clause (arbitrability), and (b) Fitbit's counsel—Mr. Stern—stated that Fitbit had no intention of allowing Ms. McLellan to test arbitrability with the arbitrator, and that they believed the matter was concluded.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief, and that the foregoing was executed on June 14, 2018, in San Francisco, California.

By: */s/ Kevin R. Budner*
      Kevin R. Budner