1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone:     415.268.7000
4  Facsimile:     415.268.7522

5  ERIN M. BOSMAN (CA SBN 204987)
   EBosman@mofo.com
6  JULIE Y. PARK (CA SBN 259929)
   JuliePark@mofo.com
7  KAI BARTOLOMEO (CA SBN 264033)
   KBartolomeo@mofo.com
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
9  San Diego, California  92130-2040
   Telephone:     858.720.5100
10 Facsimile:     858.720.5125

11 Attorneys for Defendant
   FITBIT, INC.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 KATE MCLELLAN, TERESA BLACK,          Case No. 16-cv-00036-JD
   DAVID URBAN, ROB DUNN, RACHEL
16 SAITO, TODD RUBINSTEIN, RHONDA        **DECLARATION OF KAI S.**
   CALLAN, JAMES SCHORR, and BRUCE       **BARTOLOMEO IN SUPPORT OF**
17 MORGAN, Individually and on Behalf of All  **DEFENDANT FITBIT, INC.'S RESPONSE**
   Others Similarly Situated,             **TO PLAINTIFFS' STATEMENT ON THE**
                                          **STATUS OF ARBITRATION**
18              Plaintiffs,               **PROCEEDINGS**

19      v.                               Date:  N/A
                                         Time:  N/A
20 FITBIT, INC.,                         Ctrm:  11, 19th Floor

21              Defendant.               The Honorable James Donato

22                                       Date Action Filed:     May 8, 2015
   JUDITH LANDERS, LISA MARIE BURKE,     Case No. 16-cv-00777-JD
23 and JOHN MOLENSTRA, Individually and on
   Behalf of All Others Similarly Situated,
24
                Plaintiffs,
25
        v.
26
   FITBIT, INC.,
27
                Defendant.
28

I, Kai S. Bartolomeo, hereby declare as follows:

1.      I am an attorney admitted to practice law in the courts of the State of California and am a member of the Bar of this Court.  I am an associate at Morrison & Foerster LLP, counsel of record for Defendant Fitbit, Inc. ("Fitbit") in the above-captioned action.  I submit this Declaration in Support of Fitbit's Response to Plaintiffs' Statement on the Status of Arbitration Proceedings.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.      On October 27, 2017, I contacted counsel for Plaintiffs to request Plaintiffs' authority for their position that Rob Dunn—as the lone opt-out Plaintiff proceeding in federal court following the Court's orders on arbitration—could "represent all putative class members, as opposed to the opt-outs only."  A true and correct copy of my October 27, 2018 email is attached hereto as **Exhibit 1**.

3.      Plaintiffs' counsel responded to my email that same day and, while counsel directed Fitbit to Plaintiffs' prior arbitration briefing, he provided no supporting authority.  A true and correct copy of Plaintiffs' counsel's October 27, 2017 email, excluding the attachment, is attached hereto as **Exhibit 2**.

4.      On June 5, 2018, I contacted the American Arbitration Association's New Jersey office[1] to confirm that the AAA received Fitbit's June 1, 2018 payment of (1) all filing fees and (2) the arbitrator's compensation deposit in the matter of *Kate McLellan v. Fitbit, Inc.*, AAA Case Number 01-18-0001-3597.  The AAA representative with whom I spoke confirmed that the AAA received Fitbit's full $4,200 payment and that the fees and deposit had been "applied" to the matter.  I inquired as to "next steps," and the representative informed me that the AAA would be assigning a case manager, who would reach out to the parties by mail or email regarding the path forward.

---

[1] Fitbit received a letter on April 25, 2018, confirming receipt of Claimant Kate McLellan's arbitration demand.  The AAA's New Jersey office address and telephone number are listed on that letter.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.  Executed this 28th day of June, 2018, in San Diego, California.

3

4                                         /s/ Kai S. Bartolomeo
                                          Kai S. Bartolomeo
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ECF ATTESTATION

I, William L. Stern, am the ECF User whose ID and Password are being used to file this document.  I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: June 28, 2018                    MORRISON & FOERSTER LLP


By: /s/ William L. Stern
    William L. Stern

Attorneys for Defendant
FITBIT, INC.