1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  ERIN M. BOSMAN (CA SBN 204987)
   EBosman@mofo.com
6  JULIE Y. PARK (CA SBN 259929)
   JuliePark@mofo.com
7  KAI BARTOLOMEO (CA SBN 264033)
   KBartolomeo@mofo.com
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
9  San Diego, California 92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125

11 Attorneys for Defendant
   FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE MCLELLAN, TERESA BLACK, DAVID URBAN, ROB DUNN, RACHEL SAITO, TODD RUBINSTEIN, RHONDA CALLAN, JAMES SCHORR, and BRUCE MORGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 16-cv-00036-JD<br><br>**DECLARATION OF GLORIA LEE IN SUPPORT OF DEFENDANT FITBIT, INC.'S RESPONSE TO PLAINTIFFS' STATEMENT ON THE STATUS OF ARBITRATION PROCEEDINGS**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 11, 19th Floor<br><br>The Honorable James Donato<br><br>Date Action Filed: May 8, 2015 |
| JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 16-cv-00777-JD |

I, Gloria Lee, hereby declare as follows:

1. I am Associate General Counsel at Fitbit, Inc. ("Fitbit"), the defendant in the above-captioned action. I submit this Declaration in Support of Fitbit's Response to Plaintiffs' Statement on the Status of Arbitration Proceedings. The statements made in this Declaration are based on my personal knowledge, and I could and would so testify if called as a witness in this matter.

2. On April 3, 2018, Fitbit's outside counsel, Morrison & Foerster LLP, received a demand for arbitration submitted on behalf of Plaintiff Kate McLellan, against Fitbit. I reviewed Ms. McLellan's arbitration demand, which listed, *inter alia*, "$161.94" as the "Dollar Amount of Claim."

3. On May 3, 2018, Fitbit made a written offer to Ms. McLellan in the hopes of resolving her claim. Fitbit offered: (1) a full refund of the amount Ms. McLellan claims she paid for her Fitbit device, a Charge HR; (2) presumed punitive damages; and (3) reasonable attorneys' fees and costs. In total, Fitbit offered to pay Ms. McLellan $2,814.75 to resolve her claims, in addition to retention of her device.

4. In Fitbit's view, the offer was in keeping with Fitbit's commitment to informal resolution, as set forth in the "Dispute Resolution" section of Fitbit's Terms of Use, and provided full relief that exceeded what Mr. McLellan could reasonably expect, even from a "best-case scenario" arbitration award. Through its offer, Fitbit never intended to moot Ms. McLellan's claim. And in communicating its offer, and Ms. McLellan's rejection, to the American Arbitration Association ("AAA"), Fitbit did not intend, or seek to, terminate Ms. McLellan's proceeding. Rather, Fitbit hoped that the AAA would provide guidance as to how to proceed in under the circumstances.

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct. Executed this 27th day of June, 2018, in Bangkok, Thailand.

DocuSigned by:
*Gloria Lee*
F3A2C77835C9424...
Gloria Lee