| | |
|---|---|
| Elizabeth J. Cabraser (CA SBN 083151)<br>ecabraser@lchb.com<br>Kelly M. Dermody (CA SBN 171716)<br>kdermody@lchb.com<br>Kevin R. Budner (CA SBN 287271)<br>kbudner@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Jonathan D. Selbin (CA SBN 170222)<br>jselbin@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>Robert Klonoff (*pro hac vice*)<br>klonoff@usa.net<br>ROBERT H. KLONOFF, LLC<br>2425 SW 76th Ave.<br>Portland, OR 97225<br>Telephone: (503) 291-1570 | Rosemary M. Rivas (CA SBN 209147)<br>rrivas@zlk.com<br>Adam C. McCall (CA SBN 302130)<br>amccall@zlk.com<br>LEVI & KORSINSKY LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 985-7290<br>Facsimile: (866) 367-6510<br><br>Andrea Clisura (*pro hac vice*)<br>aclisura@zlk.com<br>Courtney E. Maccarone (*pro hac vice*)<br>cmaccarone@zlk.com<br>LEVI & KORSINSKY LLP<br>30 Broad Street, 24th Floor<br>New York, NY 10004<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171 |

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KATE MCLELLAN, TERESA BLACK, DAVID URBAN, ROB DUNN, RACHEL SAITO, TODD RUBINSTEIN, RHONDA CALLAN, JAMES SCHORR, BRUCE MORGAN, and AMBER JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>FITBIT, INC.,<br>Defendant. | Case Nos. 16-cv-00036-JD; 16-cv-00777-JD<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF STATEMENT ON THE STATUS OF ARBITRATION PROCEEDINGS**<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 11, 19th Floor<br><br>The Honorable James Donato |
| JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>FITBIT, INC.,<br>Defendant. | |

1585579.2

PLAINTIFFS' MOT. FOR LEAVE TO FILE REPLY RE:
STATEMENT RE STATUS OF ARBITRATION
CASE NOS. 16-CV-00036-JD, 16-CV-00777-JD

1    Plaintiffs respectfully seek leave to file a Reply in Support of Statement on the Status of
2    Arbitration Proceedings.  The proposed four-page reply, attached as Exhibit A hereto, responds
3    directly to a few points raised by Fitbit for the first time in its response.  Combining this proposed
4    reply with Plaintiffs' opening Statement, Plaintiffs' briefing page count in this matter would not
5    exceed the total number of pages in Fitbit's response.  Plaintiffs are prepared to present these
6    points further at oral argument if it would assist the Court.

Dated:  July 4, 2018            Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Jonathan D. Selbin*
    Jonathan D. Selbin

Jonathan D. Selbin (CA SBN 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Elizabeth J. Cabraser (CA SBN 083151)
ecabraser@lchb.com
Kelly M. Dermody (CA SBN 171716)
kdermody@lchb.com
Kevin R. Budner (CA SBN 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Robert Klonoff (*pro hac vice*)
klonoff@usa.net
ROBERT H. KLONOFF, LLC
2425 SW 76th Ave.
Portland, OR 97225
Telephone:  (503) 291-1570

Rosemary M. Rivas (CA SBN 209147)
rrivas@zlk.com
Adam C. McCall (CA SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

| | |
|---|---|
| 1 | Andrea Clisura (*pro hac vice*) |
| | aclisura@zlk.com |
| 2 | Courtney E. Maccarone (*pro hac vice*) |
| | cmaccarone@zlk.com |
| 3 | LEVI & KORSINSKY LLP |
| | 30 Broad Street, 24th Floor |
| 4 | New York, NY 10004 |
| | Telephone: (212) 363-7500 |
| 5 | Facsimile: (212) 363-7171 |

*Attorneys for Plaintiffs, individually and behalf of all others similarly situated*

-2-

PLAINTIFFS' MOT. FOR LEAVE TO FILE REPLY RE:
STATEMENT RE STATUS OF ARBITRATION
CASE NOS. 16-CV-00036-JD, 16-CV-00777-JD

1585579.2

## CERTIFICATE OF SERVICE

I hereby certify that, on July 4, 2018, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

　　　　　　　　　　　　　　　　*/s/ Jonathan D. Selbin*
　　　　　　　　　　　　　　　　Jonathan D. Selbin