Elizabeth J. Cabraser (CA SBN 083151)
ecabraser@lchb.com
Kelly M. Dermody (CA SBN 171716)
kdermody@lchb.com
Kevin R. Budner (CA SBN 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Jonathan D. Selbin (CA SBN 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Robert Klonoff (*pro hac vice*)
klonoff@usa.net
ROBERT H. KLONOFF, LLC
2425 SW 76th Ave.
Portland, OR 97225
Telephone:  (503) 291-1570

Rosemary M. Rivas (CA SBN 209147)
rrivas@zlk.com
Adam C. McCall (CA SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

Andrea Clisura (*pro hac vice*)
aclisura@zlk.com
Courtney E. Maccarone (*pro hac vice*)
cmaccarone@zlk.com
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KATE MCLELLAN, TERESA BLACK, DAVID URBAN, ROB DUNN, RACHEL SAITO, TODD RUBINSTEIN, RHONDA CALLAN, JAMES SCHORR, BRUCE MORGAN, and AMBER JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br>FITBIT, INC.,<br>    Defendant. | Case Nos. 16-cv-00036-JD; 16-cv-00777-JD<br><br>**MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>No Hearing Date Set Pursuant to Civil Local Rule 7-9(d)<br><br>The Honorable James Donato |
| JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br>FITBIT, INC.,<br>    Defendant. | |

1    Pursuant to Civil Local Rule 7-9, Plaintiffs McLellan, Black, Urban, Saito, Rubinstein,
2    Callan, Schorr, Morgan, Jones, Landers, Burke, and Molenstra ("Plaintiffs") respectfully seek
3    leave to move for reconsideration of the Court's July 24, 2018 Order Re Arbitration Proceedings
4    (the "Arbitration Order").  New material facts have emerged that warrant this Court's
5    reconsideration pursuant to Civil Local Rule 7-9(b)(2), and Plaintiffs have exercised reasonable
6    diligence in bringing this motion.

7    In the Arbitration Order, the Court concluded, among other things, that, "[t]here is no
8    doubt that Fitbit and its lawyers undermined arbitration in this one case" and noted that "[i]f Fitbit
9    were to pursue similar tactics in other cases, good grounds might arise for avoiding enforcement
10   of arbitration by reason of the vindication doctrine."  Dkt. 153 at 8-9.  The Court expressly noted
11   that "the door is open to further consideration of the question as circumstances might warrant,"
12   and that "further evidence of untoward delay or obstruction of the arbitration by Fitbit may result
13   in restoration of McLellan's claims to the Court for resolution."  *Id.* at 9-10

14   As explained further in the proposed Motion for Reconsideration (attached as Exhibit 1
15   hereto), on July 26, 2018, Plaintiffs received a letter from the AAA addressed to Fitbit's counsel
16   stating that Fitbit had never registered its consumer arbitration clause through AAA's Consumer
17   Clause Registry as required under Rule R-12 of the AAA's Consumer Arbitration Rules.  The fact
18   that Fitbit, in all the years it has sold the products at issue and required consumers to agree to
19   arbitrate and in the two-plus years it has spent asking this Court to force Plaintiffs' claims into
20   arbitration, never so much as registered its arbitration clause with the AAA or obtained AAA
21   approval as required by AAA itself is further evidence that Fitbit never intended to arbitrate *any*
22   consumer's claim and that Fitbit misrepresented its intention to arbitrate to this Court.

23   Plaintiffs exercised "reasonable diligence" in filing this Motion for Leave six days after
24   the Arbitration Order was entered and four days after becoming aware of this new material
25   information, which time (1) was necessary to review the Arbitration Order and draft the Motion
26   for Leave and proposed Motion for Reconsideration; and (2) is less than the prescribed time limit
27   (28 days) to seek reconsideration under the similar Rule 59 of the Federal Rules of Civil
28   Procedure.  *See Hardeman v. Amtrak/Caltrain R.R.*, No. C04-03360 SI, 2006 WL 3734602, at *1

1   (N.D. Cal. Dec. 18, 2006) (granting in part a motion for leave to file reconsideration filed more

2   than four months after the issuance of the order in question); *True Health Chiropractic Inc. v.*

3   *McKesson Corp.*, No. 13-CV-02219-JST, 2014 WL 6707594, at *1 (N.D. Cal. Nov. 25, 2014)

4   (motion for leave to file reconsideration filed 19 days after order satisfied "reasonable diligence"

5   standard); *Milliner v. Mut. Sec., Inc.*, No. 15-CV-03354-TEH, Dkt. 113 (N.D. Cal. June 15, 2017)

6   (granting in part a motion for leave to file reconsideration filed 16 days after the issuance of the

7   order in question).

8       For the foregoing reasons, Plaintiffs respectfully seek leave to file the attached Motion for

9   Reconsideration.

Dated:  July 30, 2018            Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Jonathan D. Selbin*
     Jonathan D. Selbin

Jonathan D. Selbin (CA SBN 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Elizabeth J. Cabraser (CA SBN 083151)
ecabraser@lchb.com
Kelly M. Dermody (CA SBN 171716)
kdermody@lchb.com
Kevin R. Budner (CA SBN 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Robert Klonoff (*pro hac vice*)
klonoff@usa.net
ROBERT H. KLONOFF, LLC
2425 SW 76th Ave.
Portland, OR 97225
Telephone:  (503) 291-1570

Rosemary M. Rivas (CA SBN 209147)
rrivas@zlk.com
Adam C. McCall (CA SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

Andrea Clisura (*pro hac vice*)
aclisura@zlk.com
Courtney E. Maccarone (*pro hac vice*)
cmaccarone@zlk.com
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone:  (212) 363-7500
Facsimile:   (212) 363-7171

*Attorneys for Plaintiffs, individually and behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2018, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                         */s/ Jonathan D. Selbin*
                         Jonathan D. Selbin