Elizabeth J. Cabraser (CA SBN 083151)
ecabraser@lchb.com
Kelly M. Dermody (CA SBN 171716)
kdermody@lchb.com
Kevin R. Budner (CA SBN 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Jonathan D. Selbin (CA SBN 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Robert Klonoff (*pro hac vice*)
klonoff@usa.net
ROBERT H. KLONOFF, LLC
2425 SW 76th Ave.
Portland, OR 97225
Telephone:  (503) 291-1570

Rosemary M. Rivas (CA SBN 209147)
rrivas@zlk.com
Adam C. McCall (CA SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

Andrea Clisura (*pro hac vice*)
aclisura@zlk.com
Courtney E. Maccarone (*pro hac vice*)
cmaccarone@zlk.com
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KATE MCLELLAN, TERESA BLACK, DAVID URBAN, ROB DUNN, RACHEL SAITO, TODD RUBINSTEIN, RHONDA CALLAN, JAMES SCHORR, BRUCE MORGAN, and AMBER JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>FITBIT, INC.,<br>Defendant. | Case Nos. 16-cv-00036-JD; 16-cv-00777-JD<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE AND RESPOND TO MOTION FOR ATTORNEYS' FEES AND COSTS RELATED TO ARBITRATION ORDER**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 11, 19th Floor<br><br>The Honorable James Donato |
| JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>FITBIT, INC.,<br>Defendant. | |

1  WHEREAS, on July 24, 2018, the Court entered the Order re Arbitration Proceedings
2  authorizing Plaintiff McLellan to submit a "request for reasonable attorney's fees and costs
3  incurred" because of the conduct addressed in the order. *See* Dkt. 153 at 10.

4  WHEREAS, Plaintiff's motion for fees and costs is currently due on August 7, 2018, and
5  Fitbit's response is due on August 21, 2018. *Id.*

6  WHEREAS, counsel for Plaintiff McLellan and counsel for Fitbit, Inc. have engaged in
7  discussions to narrow, and potentially eliminate, disagreement regarding the scope of Plaintiff's
8  forthcoming motion.

9  WHEREAS, the parties agree that one additional week will allow them sufficient time to
10 continue these discussions and potentially limit the number of disputed issues presented to the
11 Court.

12 IT IS THEREFORE STIPULATED AND AGREED by the Parties that, subject to the
13 Court's approval, the deadlines for Plaintiff's motion and Fitbit's response will be extended one
14 week to August 14, 2018, and August 28, 2018, respectively.

15 IT IS SO STIPULATED.

Dated: August 6, 2018            Respectfully submitted,

                                 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                 By: */s/ Jonathan D. Selbin*
                                        Jonathan D. Selbin

                                 Jonathan D. Selbin (CA SBN 170222)
                                 jselbin@lchb.com
                                 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                 250 Hudson Street, 8th Floor
                                 New York, NY 10013
                                 Telephone: (212) 355-9500
                                 Facsimile: (212) 355-9592

Elizabeth J. Cabraser (CA SBN 083151)
ecabraser@lchb.com
Kelly M. Dermody (CA SBN 171716)
kdermody@lchb.com
Kevin R. Budner (CA SBN 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Laura B. Heiman (*pro hac vice*)
lheiman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Ave. South, Ste 1640
Nashville, TN 37201
Telephone:   (615) 313-9000
Facsimile: (615) 313-9965

Robert Klonoff (*pro hac vice*)
klonoff@usa.net
ROBERT H. KLONOFF, LLC
2425 SW 76th Ave.
Portland, OR 97225
Telephone:  (503) 291-1570

Rosemary M. Rivas (CA SBN 209147)
rrivas@zlk.com
Adam C. McCall (CA SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

Andrea Clisura (*pro hac vice*)
aclisura@zlk.com
Courtney E. Maccarone (*pro hac vice*)
cmaccarone@zlk.com
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone:  (212) 363-7500
Facsimile:  (212) 363-7171

*Attorneys for Plaintiffs, individually and behalf of all others similarly situated*


Dated:  August 6, 2018    By: */s/ David F. McDowell*
                                 David F. McDowell

David F. McDowell (CA SBN 125806)
dmcdowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Erin M. Bosman (CA SBN 204987)
ebosman@mofo.com
Julie Y. Park (CA SBN 259929)
JuliePark@mofo.com
Kai Bartolomeo (CA SBN 264033)
kbartolomeo@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone:    (858) 720-5100
Facsimile:    (858) 720-5125

*Attorneys for Defendant Fitbit, Inc.*

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

3  Dated: August ___, 2018

   JAMES DONATO
   United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: August 6, 2018

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Jonathan D. Selbin*
Jonathan D. Selbin

## CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2018, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                                       */s/ Jonathan D. Selbin*
                                             Jonathan D. Selbin