| | |
|---|---|
| Elizabeth J. Cabraser (CA SBN 083151) | DAVID F. MCDOWELL (CA SBN 125806) |
| ecabraser@lchb.com | DMcDowell@mofo.com |
| Kevin R. Budner (CA SBN 287271) | MORRISON & FOERSTER LLP |
| kbudner@lchb.com | 707 Wilshire Boulevard |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | Los Angeles, California  90017-3543 |
| 275 Battery Street, 29th Floor | Telephone: 213.892.5200 |
| San Francisco, CA  94111-3339 | Facsimile: 213.892.5454 |
| Telephone:  (415) 956-1000 | |
| Facsimile:  (415) 956-1008 | ERIN M. BOSMAN (CA SBN 204987) |
| | EBosman@mofo.com |
| Jonathan D. Selbin (CA SBN 170222) | JULIE Y. PARK (CA SBN 259929) |
| jselbin@lchb.com | JuliePark@mofo.com |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | KAI S. BARTOLOMEO (CA SBN 264033) |
| 250 Hudson Street, 8th Floor | KBartolomeo@mofo.com |
| New York, NY  10013 | MORRISON & FOERSTER LLP |
| Telephone:  (212) 355-9500 | 12531 High Bluff Drive |
| Facsimile:  (212) 355-9592 | San Diego, California  92130-2040 |
| | Telephone:  858.720.5100 |
| Robert Klonoff (Pro Hac Vice) | Facsimile:   858.720.5125 |
| klonoff@usa.net | |
| ROBERT H. KLONOFF, LLC | |
| 2425 SW 76th Ave. | |
| Portland, OR  97225 | |
| Telephone:  (503) 291-1570 | |

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*     *Attorneys for Defendant Fitbit, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB DUNN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 16-cv-00036-JD; 16-cv-00777-JD<br><br>**JOINT NOTICE RE: FEES AND COSTS PURSUANT TO COURT'S JULY 24, 2018 ORDER (DKT. NO. 153)**<br><br>Crtrm: 11, 19th Floor<br><br>The Honorable James Donato |

Plaintiffs and Defendant Fitbit, Inc., by and through their respective counsel, submit this Joint Notice to inform the Court that the parties have reached an agreement that fully satisfies and resolves that portion of the Court's Order requiring payment of reasonable attorneys' fees and costs (*see* Dkt. No. 153 at 10:6-9) and obviates the need for additional motion practice on that issue. Thus, Plaintiffs will not be submitting a separate motion for attorneys' fees and costs in connection with the Court's Order.

Dated: August 15, 2018        MORRISON & FOERSTER LLP


                              By:  s/ David F. McDowell
                                   David F. McDowell

                                   Attorneys for Defendant
                                   FITBIT, INC.



Dated: August 15, 2018        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


                              By:  s/ Jonathan D. Selbin
                                   Jonathan D. Selbin

                                   Attorneys for Plaintiffs, individually and behalf of all others similarly situated

**ECF ATTESTATION**

I, David F. McDowell, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: August 15, 2018  MORRISON & FOERSTER LLP

By:  s/ David F. McDowell
     David F. McDowell

     Attorneys for Defendant
     FITBIT, INC.