| | |
|---|---|
| Elizabeth J. Cabraser (CA SBN 083151)<br>ecabraser@lchb.com<br>Kevin R. Budner (CA SBN 287271)<br>kbudner@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Jonathan D. Selbin (CA SBN 170222)<br>jselbin@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>Robert Klonoff (Pro Hac Vice)<br>klonoff@usa.net<br>ROBERT H. KLONOFF, LLC<br>2425 SW 76th Ave.<br>Portland, OR 97225<br>Telephone: (503) 291-1570<br><br>*Attorneys for Plaintiffs, individually and<br>on behalf of all others similarly situated* | DAVID F. MCDOWELL (CA SBN 125806)<br>DMcDowell@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br><br>ERIN M. BOSMAN (CA SBN 204987)<br>EBosman@mofo.com<br>JULIE Y. PARK (CA SBN 259929)<br>JuliePark@mofo.com<br>KAI S. BARTOLOMEO (CA SBN 264033)<br>KBartolomeo@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>*Attorneys for Defendant Fitbit, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB DUNN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FITBIT, INC.,<br><br>    Defendant. | Case No. 16-cv-00036-JD; 16-cv-00777-JD<br><br>**JOINT REPORT REGARDING STATUS OF ARBITRATION PROCEEDINGS**<br><br>Crtrm: 11, 19th Floor<br><br>The Honorable James Donato |

Pursuant to the Court's July 24, 2018 Order Re Arbitration Proceedings, Dkt. No. 153,[1] the parties submit this joint report regarding the status of the arbitration captioned, *Kate McLellan v. Fitbit, Inc.*, AAA Case No. 01-18-0001-3597 (the "Arbitration").

The Arbitration is proceeding apace. On August 27, 2018, the American Arbitration Association appointed James H. Grossman as arbitrator in the matter. Mr. Grossman held a preliminary hearing on September 24, 2018, which Claimant and Respondent attended through their respective counsel. On October 1, 2018, the parties jointly submitted a proposal regarding the filing of prior and future arbitration-related briefing. On October 19, 2018, Mr. Grossman addressed the parties' joint proposal and set a schedule for future arbitration-related briefing.

Dated: October 22, 2018            MORRISON & FOERSTER LLP

                                   By:  s/ David F. McDowell
                                        David F. McDowell

                                   Attorneys for Defendant
                                   FITBIT, INC.


Dated: October 22, 2018            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                   By:  s/ Jonathan D. Selbin
                                        Jonathan D. Selbin

                                   Attorneys for Plaintiffs, individually and behalf
                                   of all others similarly situated

---

[1] *See* Dkt. No. 153 at 10:15-16.

**ECF ATTESTATION**

I, David F. McDowell, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: October 22, 2018　　　　　　　　MORRISON & FOERSTER LLP

　　　　　　　　　　　　　　　　　　　　By: s/ David F. McDowell
　　　　　　　　　　　　　　　　　　　　　　　David F. McDowell

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　FITBIT, INC.

JT. REPORT RE: ARBITRATION STATUS
Case Nos. 16-cv-00036-JD; 16-cv-00777-JD

2