| | |
|---|---|
| Elizabeth J. Cabraser (CA SBN 083151)<br>ecabraser@lchb.com<br>Kevin R. Budner (CA SBN 287271)<br>kbudner@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Jonathan D. Selbin (CA SBN 170222)<br>jselbin@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>Robert Klonoff (Pro Hac Vice)<br>klonoff@usa.net<br>ROBERT H. KLONOFF, LLC<br>2425 SW 76th Ave.<br>Portland, OR 97225<br>Telephone: (503) 291-1570<br><br>*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated* | DAVID F. MCDOWELL (CA SBN 125806)<br>DMcDowell@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br><br>ERIN M. BOSMAN (CA SBN 204987)<br>EBosman@mofo.com<br>JULIE Y. PARK (CA SBN 259929)<br>JuliePark@mofo.com<br>KAI S. BARTOLOMEO (CA SBN 264033)<br>KBartolomeo@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br><br><br><br><br><br><br><br><br>*Attorneys for Defendant Fitbit, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB DUNN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>FITBIT, INC.,<br><br>     Defendant. | Case No. 16-cv-00036-JD; 16-cv-00777-JD<br><br>***SECOND* JOINT REPORT REGARDING STATUS OF ARBITRATION PROCEEDINGS**<br><br>Crtrm: 11, 19th Floor<br><br>The Honorable James Donato |

Pursuant to the Court's July 24, 2018 Order Re Arbitration Proceedings, Dkt. No. 153,[1] the parties submit this *second* joint report regarding the status of the arbitration captioned, *Kate McLellan v. Fitbit, Inc.*, AAA Case No. 01-18-0001-3597 (the "Arbitration").

Claimant submitted an opening brief regarding arbitrability and scope on October 30, 2018. Respondent filed its response on November 16, 2018, and Claimant filed her reply on November 26, 2018. The parties attended an in-person hearing on December 7, 2018. Per the Arbitrator's request, the parties submitted supplemental briefing following the hearing and are due to provide additional supplemental submissions on January 23, 2019.

Dated: January 22, 2019              MORRISON & FOERSTER LLP

                                     By: s/ David F. McDowell
                                         David F. McDowell

                                     Attorneys for Defendant
                                     FITBIT, INC.

Dated: January 22, 2019              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                     By: s/ Jonathan D. Selbin
                                         Jonathan D. Selbin

                                     Attorneys for Plaintiffs, individually and behalf
                                     of all others similarly situated

---

[1] *See* Dkt. No. 153 at 10:15-16.

**ECF ATTESTATION**

I, David F. McDowell, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: January 22, 2019                    MORRISON & FOERSTER LLP

                                           By:  s/ David F. McDowell
                                                David F. McDowell

                                           Attorneys for Defendant
                                           FITBIT, INC.