| | |
|---|---|
| Elizabeth J. Cabraser (CA SBN 083151)<br>ecabraser@lchb.com<br>Kevin R. Budner (CA SBN 287271)<br>kbudner@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Jonathan D. Selbin (CA SBN 170222)<br>jselbin@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>Robert Klonoff (Pro Hac Vice)<br>klonoff@usa.net<br>ROBERT H. KLONOFF, LLC<br>2425 SW 76th Ave.<br>Portland, OR 97225<br>Telephone: (503) 291-1570<br><br>*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated* | DAVID F. MCDOWELL (CA SBN 125806)<br>DMcDowell@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br><br>ERIN M. BOSMAN (CA SBN 204987)<br>EBosman@mofo.com<br>JULIE Y. PARK (CA SBN 259929)<br>JuliePark@mofo.com<br>KAI S. BARTOLOMEO (CA SBN 264033)<br>KBartolomeo@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br><br><br><br><br><br><br><br>*Attorneys for Defendant Fitbit, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB DUNN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FITBIT, INC.,<br><br>　　　　　　　Defendant. | Case No. 16-cv-00036-JD; 16-cv-00777-JD<br><br>***THIRD* JOINT REPORT REGARDING STATUS OF ARBITRATION PROCEEDINGS**<br><br>Crtrm: 11, 19th Floor<br><br>The Honorable James Donato |

THIRD JT. REPORT RE: ARBITRATION STATUS
Case Nos. 16-cv-00036-JD; 16-cv-00777-JD

Pursuant to the Court's July 24, 2018 Order Re Arbitration Proceedings, Dkt. No. 153,[1] the parties submit this third joint report regarding the status of the arbitration captioned, *Kate McLellan v. Fitbit, Inc.*, AAA Case No. 01-18-0001-3597 (the "Arbitration").

On February 11, 2019, the Arbitrator issued a decision on Claimant's challenges to the scope and enforceability of Fitbit's arbitration provision. Further arbitration proceedings are scheduled for June 7, 2019.

Dated: April 22, 2019    MORRISON & FOERSTER LLP

By: s/ David F. McDowell
    David F. McDowell

Attorneys for Defendant
FITBIT, INC.

Dated: April 22, 2019    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: s/ Jonathan D. Selbin
    Jonathan D. Selbin

Attorneys for Plaintiffs, individually and behalf of all others similarly situated

---

[1] *See* Dkt. No. 153 at 10:15-16.

**ECF ATTESTATION**

I, David F. McDowell, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: April 22, 2019                            MORRISON & FOERSTER LLP

                                                 By: s/ David F. McDowell
                                                     David F. McDowell

                                                 Attorneys for Defendant
                                                 FITBIT, INC.