| | |
|---|---|
| Elizabeth J. Cabraser (CA SBN 083151) <br> ecabraser@lchb.com <br> Kelly M. Dermody (CA SBN 171716) <br> kdermody@lchb.com <br> Kevin R. Budner (CA SBN 287271) <br> kbudner@lchb.com <br> LIEFF CABRASER HEIMANN & BERNSTEIN, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA  94111-3339 <br> Telephone:  (415) 956-1000 <br> Facsimile:  (415) 956-1008 <br><br> Jonathan D. Selbin (CA SBN 170222) <br> jselbin@lchb.com <br> LIEFF CABRASER HEIMANN & BERNSTEIN, LLP <br> 250 Hudson Street, 8th Floor <br> New York, NY  10013 <br> Telephone:  (212) 355-9500 <br> Facsimile:  (212) 355-9592 <br><br> Robert Klonoff (pro hac vice) <br> klonoff@usa.net <br> ROBERT H. KLONOFF, LLC <br> 2425 SW 76th Ave. <br> Portland, OR 97225 <br> Telephone:  (503) 291-1570 <br><br> *Attorneys for Plaintiffs* <br> *(additional counsel listed on signature page)* | DAVID F. MCDOWELL (CA SBN 125806) <br> DMcDowell@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard <br> Los Angeles, California  90017-3543 <br> Telephone: 213.892.5200 <br> Facsimile: 213.892.5454 <br><br> ERIN M. BOSMAN (CA SBN 204987) <br> EBosman@mofo.com <br> JULIE Y. PARK (CA SBN 259929) <br> JuliePark@mofo.com <br> KAI S. BARTOLOMEO (CA SBN 264033) <br> KBartolomeo@mofo.com <br> MORRISON & FOERSTER LLP <br> 12531 High Bluff Drive <br> San Diego, California  92130-2040 <br> Telephone: 858.720.5100 <br> Facsimile:   858.720.5125 <br><br><br><br><br><br><br><br><br><br><br> *Attorneys for Defendant Fitbit, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KATE MCLELLAN, TERESA BLACK, DAVID URBAN, ROB DUNN, RACHEL SAITO, TODD RUBINSTEIN, RHONDA CALLAN, JAMES SCHORR, BRUCE MORGAN, and AMBER JONES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> FITBIT, INC., <br><br> Defendant. | Case Nos. 16-cv-00036-JD; 16-cv-00777-JD <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> The Honorable James Donato |
| JUDITH LANDERS, LISA MARIE BURKE, and JOHN MOLENSTRA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> FITBIT, INC., <br><br> Defendant. | |

WHEREAS, in orders issued on October 11, 2017, and January 24, 2018, the Court granted Fitbit, Inc.'s Motion to Compel Arbitration (Dkt. Nos. 114, 126) as to all Plaintiffs in the above-captioned actions (the "Action") except Rob Dunn.

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Plaintiffs in the Action, by and through their undersigned counsel, voluntarily dismiss all claims against Fitbit, Inc. with prejudice.

WHEREAS, Fitbit, Inc., by and through its undersigned counsel, consents to the dismissal.

The Parties stipulate that the Action is dismissed with prejudice, with all parties bearing their own costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 26, 2019    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Jonathan D. Selbin*
       Jonathan D. Selbin

Jonathan D. Selbin (CA SBN 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Elizabeth J. Cabraser (CA SBN 083151)
ecabraser@lchb.com
Kelly M. Dermody (CA SBN 171716)
kdermody@lchb.com
Kevin R. Budner (CA SBN 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

| | |
|---|---|
| 1 | |
| 2 | Robert Klonoff (*pro hac vice*) |
|   | klonoff@usa.net |
|   | ROBERT H. KLONOFF, LLC |
| 3 | 2425 SW 76th Ave. |
|   | Portland, OR 97225 |
|   | Telephone: (503) 291-1570 |

Robert Klonoff (*pro hac vice*)
klonoff@usa.net
ROBERT H. KLONOFF, LLC
2425 SW 76th Ave.
Portland, OR 97225
Telephone: (503) 291-1570

Rosemary M. Rivas (CA SBN 209147)
rrivas@zlk.com
LEVI & KORSINSKY LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Adam C. McCall (CA SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510
*Attorneys for Plaintiffs*

Dated: July 26, 2019         By: */s/ David F. McDowell*
                                  David F. McDowell

David F. McDowell (CA SBN 125806)
dmcdowwell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
San Francisco, California 94105-2482
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

Erin M. Bosman (CA SBN 204987)
ebosman@mofo.com
Julie Y. Park (CA SBN 259929)
JuliePark@mofo.com
Kai Bartolomeo (CA SBN 264033)
kbartolomeo@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone:   (858) 720-5100
Facsimile:   (858) 720-5125

*Attorneys for Defendant Fitbit, Inc.*

- 3 -

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NOS. 16-CV-00036-JD; 16-CV-00777-JD

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: July 26, 2019         By: */s/ Jonathan D. Selbin*
                                 Jonathan D. Selbin

## CERTIFICATE OF SERVICE

I hereby certify that, on July 26, 2019, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                    */s/ Jonathan D. Selbin*
                       Jonathan D. Selbin